1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAEED ALI MOHAMED SHAIBI dba SHAIBI MARKET,<br><br>          Defendant. | No.  1:12-cv-00662 LJO SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled this matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 18, 2012                     MOORE LAW FIRM, P.C.


                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorneys for Plaintiff Natividad Gutierrez

*Gutierrez v. Saeed Ali Mohammed Shaibi dba Shaibi Market*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 18, 2012**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

*Gutierrez v. Saeed Ali Mohammed Shaibi dba Shaibi Market*
Notice of Voluntary Dismissal; [Proposed] Order
Page 2